**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DANIEL FLETCHER,

    Plaintiff,

v.                                                                Case No. 09-CV-13904

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
                            /

**ORDER DISMISSING THE CLAIMS AGAINST THE MICHIGAN DEPARTMENT OF CORRECTIONS**

On June 23, 2010, the court ordered Plaintiff to show cause why the Michigan Department of Corrections ("MDOC") should not be dismissed for lack of service. On July 2, 2010, Plaintiff filed an "Offer to Stipulate" to the dismissal of the claims against the MDOC because the MDOC is "an entity entitled to sovereign immunity, in addition to the fact that service upon the entity was not achieved." In accordance with Plaintiff's July 2, 2010 "Offer to Stipulate,"

IT IS ORDERED that the claims against the Michigan Department of Corrections are DISMISSED.

                                                       S/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: July 15, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 15, 2010, by electronic and/or ordinary mail.

                                                S/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522