UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL FLETCHER, #359391,

    Plaintiff,

v.                                      Case No. 09-13904

MICHAEL BOUCHARD,

    Defendant.
                                     /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment" dated July 12, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Michael Bouchard and against Plaintiff Daniel Fletcher. Dated at Detroit, Michigan, this 12th day of July 2011.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      S/ Lisa Wagner
                                 By:  Lisa Wagner, Case Manager
                                   to Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-13904.FLETCHER.Judgment.nkt.wpd